442 A.2d 337

Commonwealth v. Law, Appellant.

614

 Submitted September 11, 1980. Colie B. Chappelle, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.